Presented By:
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN, LLP
V. James DeSimone, SBN 119668
vjdesimone@gmail.com
Michael D. Seplow, SBN 150183
mseplow@gmail.com
723 Ocean Front Walk Venice, CA 90291
Tel: 310.396.0731 Fax: 310.399.7040

Christopher M. Moody
MOODY & WARNER, P.C.
100 Wilshire Blvd., Suite 1800 Santa Monica, CA 90401
Tel: 310.451.4020 Fax: 310.954.9215
Email: moody@nmlaborlaw.com

Attorneys for Plaintiff KEVIN FOSSUM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN FOSSUM, on behalf of himself, all others similarly situated and the general public,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, and DOES 1 through 10;<br>　　　　　Defendants. | Case No: CV 10-2657-SI<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING ON DEFENDANT'S MOTION TO TRANSFER FROM SEPTEMBER 3, 2010 TO SEPTEMBER 10, 2010 AT 9:00 A.M.** |

　　　The Court, having reviewed the Stipulation to Continue the Hearing on Defendant's Motion to Transfer, and finding good cause appearing therefor,

　　　IT IS HEREBY ORDERED THAT:

---

1

[Proposed] Order to Granting Continuance of Defendant's Motion to Transfer to September 10, 2010 at 9:00 a.m.
CV 10-2657 -SI

1 | The hearing on Defendant's Motion to Transfer is continued from September 3, 2010 until
2 | September 10, 2010 at 9:00 a.m.

4 | IT IS SO ORDERED.

6 | DATED: _____                           _____
7 |                                              Hon. Susan Illston
                                                 United States District Judge